# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RODNEY WRENN CANADY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0860
_____

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rodney Wrenn Canady, Jr., pro se

Ashley Moody, Attorney General, Tallahassee, and Lydon Schultz, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.